JOSEPH HAAS, Respondent, v. ANNIE SENATE, Appellant.— Order granting

plaintiff's motion for summary judgment reversed on the law and the facts, with costs. We are of opinion that defendant should have an opportunity to present the matters set forth in her affidavit, and, if necessary, to amend her answer accordingly. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting. Settle order on notice.